# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

ALFRED MORGAN

VERSUS

ANCO INSULATIONS, INC., ET
AL

NO.  2020 CW 0590

**SEPTEMBER 03, 2020**

---

In Re:   Exxon Mobil Corporation, applying for supervisory
writs, 19th Judicial District Court, Parish of East
Baton Rouge, No. 644887.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.**

**JMM**
**MRT**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

<u>DEPUTY CLERK OF COURT</u>
FOR THE COURT